**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL TECHNOLOGIES GROUP LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>FACEBOOK INC. AND INSTAGRAM LLC,<br><br>      Defendants. | Case No.: CV 21-8459-CBM(JPRx)<br><br>**JUDGMENT[JS-6]** |

Pursuant to this Court's Order granting Defendants Meta Platforms, Inc. (formerly Facebook, Inc.) and Instagram LLC's (collectively, "Meta") Motion to Dismiss the Complaint, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety.

1    Plaintiff shall take nothing for his action against Defendants, and
2    Defendants are entitled to judgment of dismissal in their favor.  The Court
3    ORDERS that such judgment for Defendants be entered.
4    **IT IS SO ORDERED.**
5
6    DATED: June 30, 2022
7
8                                    CONSUELO B. MARSHALL
9                                    UNITED STATES DISTRICT JUDGE